*Crimes — arson in first degree — judgment of conviction affirmed.*

*People* v. *Kitsos,* 221 App. Div. 767, affirmed.

(Argued November 28, 1927; decided December 13, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 17, 1927, which affirmed a judgment of the Westchester County Court rendered upon a verdict convicting the defendants of the crime of arson in the first degree.

*Mortimer C. O'Brien* for appellants.

*Arthur Rowland, District Attorney (Frank H. Coyne* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v.
CHRISTOPHER MCGUIRE, Respondent.

*Crimes — larceny in second degree — judgment of conviction affirmed.*

*People* v. *McGuire,* 221 App. Div. 776, affirmed.

(Argued November 28, 1927; decided December 13, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 24, 1927, which reversed a judgment of the Orange County Court rendered upon a verdict convicting the defendant of the crime of grand larceny in the second degree and granted a new trial.

*Elmer H. Lemon, District Attorney,* for appellant.

*Henry Hirschberg* for respondent.

Order affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.